No. 13, original. STATE OF OKLAHOMA v. STATE OF TEXAS, UNITED STATES, INTERVENER. In Equity. Orders entered January 4, 1926. Announced by Mr. Justice Van Devanter.

The report of the boundary commissioners of the work done, time employed and expenses incurred in the survey, marking and mapping of the boundary between the States of Texas and Oklahoma, along the Red River from the One Hundredth meridian of longitude to the eastern limit of Lamar County, Texas, other than the Big Bend and Fort Augur areas, pursuant to the decree of March 12, 1923 (261 U. S. 340), is approved and adopted. The compensation of the commissioners for the work done by them, as shown in the report, is fixed at amounts stated in the order. The expenses incurred, as shown in the report, and the compensation here allowed shall be charged as part of the costs in this cause and shall be borne and paid by the three parties to the cause in the proportions specified in said decree. The parties severally shall be credited with the amounts advanced by them, as shown in the report; and they shall advance additional amounts to pay the compensation of the commissioners, as here allowed, and the balance due for expenses, as shown in the report.

No. 739. MRS. IDA HUGHES v. THE STATE OF GEORGIA. Error to the Supreme Court of the State of Georgia. January 4, 1926. Per Curiam. Application for further proceedings in forma pauperis herein denied, for the reason that the court has examined the typewritten record and found that the writ of error presents no substantial federal question. Messrs. Charles Clark and R. R. Jackson for plaintiff in error. No appearance for defendant in error.